UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON ENGLISH,

    Plaintiff,

v.

TIM THRASHER et al.,

    Defendants.

CASE NO. 3:19-cv-06219-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED** and that the matter is dismissed without prejudice. Plaintiff's *in forma pauperis* status is revoked for purposes of appeal, and the case is closed. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 17th day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1